# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:13-CV-00050-RLV-DSC

| | |
|---|---|
| KELLI A. LUCIANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SUNTRUST BANK, et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice" (document # 21) filed June 7, 2013. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: June 11, 2013

David S. Cayer
United States Magistrate Judge